

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Mack Curtis Ivory, Appellant

No. 06-22-00037-CR     v.

The State of Texas, Appellee

Appeal from the 76th District Court of Camp County, Texas (Tr. Ct. No. CF20-02023). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Morriss* participating. *Chief Justice Morriss, III, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. However, we do find error in the bill of costs. We modify the clerk's certified bill of costs by deleting the $100.00 EMS fee, the $400.00 in attorney fees, and the $15.00 time payment fee and by amending the assessed $195.00 in officer service fees to reflect the assessment of $85.00. We affirm the judgment of the trial court.

We note that the appellant, Mack Curtis Ivory, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 6, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk